IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:12-00163 |
| | ) | CHIEF JUDGE HAYNES |
| ANTWAIN MAYS | ) | |

### JOINT MOTION TO SET CHANGE OF PLEA HEARING

*[Handwritten annotation: O. Wooten / This motion is GRANTED / [illegible] / 6-29-13]*

Comes Antwan Mayes, by and through undersigned counsel, Mariah A. Wooten, First Assistant Federal Public Defender, and respectfully moves this Honorable Court to set a date for a change of plea hearing on June 17, 2013, at 1:30 p.m. in the above-captioned case. As grounds, Mr. Mays submits that the parties have reached a settlement in the case.

Respectfully submitted,

s/ Mariah A. Wooten
Mariah A. Wooten (BPR #006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

Attorney for Antwain Mays

### CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2013, I electronically filed the foregoing Joint Motion to Set Change of Plea Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Scarlett Singleton, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ Mariah A. Wooten
Mariah A. Wooten